Eric Gibbs, SBN 178658
Dylan Hughes, SBN 209113
GIBBS LAW GROUP LLP
1 Kaiser Plaza, 11th Floor
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@girardgibbs.com

Todd Schneider SBN 158253
Joshua Konecky, SBN 182897
Nathan Piller, SBN 300569
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
tschneider@schneiderwallace.com
jkonecky@schneiderwallace.com
npiller@schnedierwallace.com

Attorneys for Plaintiffs

Tara L. Presnell, SBN 234123
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: (615) 383.3033
Facsimile: (615) 383.3323
tpresnell@littler.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELL, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.,<br><br>   Defendant. | Case No. 3:15-cv-03326-JSC<br><br>**STIPULATION RE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND COMPEL ARBITRATION; [PROPOSED] ORDER**<br><br>Date:  September 10, 2015<br>Time:  9:00 a.m.<br>Courtroom: F |

1
STIPULATION RE: PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND COMPEL ARBITRATION; [PROPOSED] ORDER
*Dell, et al. v. ServiceMaster Global Holdings, Inc., et al.*

WHEREAS, Plaintiff originally filed this case in the Superior Court of California, County of Alameda, on April 29, 2015;

WHEREAS, the parties stipulated that Defendant's counsel accepted service of the Complaint on June 19, 2015;

WHEREAS, on July 17, 2015, Defendant filed a Notice of Removal to this Court [EFC 1];

WHEREAS, on July 20, 2015, the case was assigned to the Honorable Jacqueline Scott Corley [ECF 4];

WHEREAS, on July 24, 2015, Defendant filed a Motion to Dismiss and Compel Arbitration, or in the alternative, Stay the Action pursuant to FRCP 12(b)1, 12(b)(3), or 12(b)(6) and the Federal Arbitration Act [ECF 6].

WHEREAS, Defendant noticed the Motion for hearing on September 10, 2015, before Magistrate Judge Corley [ECF 6];

WHEREAS, on August 3, 2015, counsel for Plaintiff notified counsel for Defendant that Plaintiff intends to file a motion to remand the case to Superior Court;

WHEREAS, the Parties agree that it would be more efficient and serve the interests of justice to postpone the remaining briefing on the Motion to Dismiss and Compel Arbitration until after a determination is made on Plaintiff's motion to remand, when the Parties will know which Court has jurisdiction to decide the Motion; and

WHEREAS, on August 3, 2015, Defendant filed a notice declining to proceed before the U.S. Magistrate Judge [ECF 8], and the case is currently being reassigned to a District Court Judge

## STIPULATION

In light of the foregoing, it is hereby STIPULATED between the parties that:

(1) Plaintiff will file a Motion to Remand on or before August 17, 2015;

(2) If the Court denies the motion and retains jurisdiction over this case, Plaintiff's opposition to the Motion to Dismiss and Compel Arbitration [ECF 6] will be due 14 days after the

Court rules on Plaintiff's Motion to Remand, and Defendant will re-notice the Motion to Dismiss on the then-assigned Judge's law and motion calendar on a date that is convenient to the Parties; and

(3) If the Court grants the motion to remand, the Parties will meet and confer on a briefing schedule for any demurrer or motion to compel arbitration that may be brought in the Superior Court of California.

Dated: August 4, 2015          GIBBS LAW GROUP LLP

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP

/s/ *Joshua G. Konecky*
Joshua G. Konecky
Counsel for Plaintiffs

Dated: August 4, 2015          LITTLER MENDELSON, P.C.

/s/ *Tara L. Presnell*
Tara L. Presnell
Counsel for Defendants

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

## [~~proposed~~] ORDER

Good cause shown, the Court hereby ORDERS as follows:

(1) The hearing on Defendant's Motion to Dismiss and Compel Arbitration is hereby VACATED;

(2) If the Court retains jurisdiction over this case after considering Plaintiff's motion to remand, Plaintiff's opposition to the Motion to Dismiss and Compel Arbitration [ECF 6] will be due 14 days after the Court rules on Plaintiff's Motion to Remand, and Defendant will re-notice the Motion to Dismiss on the then-assigned Judge's law and motion calendar on a date that is convenient to the Parties

IT IS SO ORDERED.

Dated: __August 4__, 2015          _/s/ Saundra B. Armstrong_
                                     UNITED STATES DISTRICT COURT JUDGE

## **ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/S/) within this e-filed document.

Dated: August 4, 2015  /*s/ Joshua Konecky*/
 Joshua Konecky
 SCHNEIDER WALLACE COTTRELL
 KONECKY WOTKYNS LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Joshua Konecky*
Joshua Konecky (SBN 182897)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com